47181, 47182. HODO v. THE STATE (two cases).

QUILLIAN, Judge. These appeals are from the overruling of the defendant's motion for a new trial on the general grounds. The evidence supported the verdict and the appeals are without merit.

*Judgment affirmed. Hall, P. J., and Pannell, J., concur.*
SUBMITTED MAY 4, 1972—DECIDED MAY 12, 1972.

*Wendell J. Helton,* for appellant.
*Lewis R. Slaton, District Attorney, Morris H. Rosenberg, Joel M. Feldman, Carter Goode,* for appellee.